# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE SEARCH OF
THE RESIDENCE AND PROPERTY
LOCATED AT 1731 SUNSET COURT,
GARDNERVILLE, NEVADA 89410

No. 81509

JAMES KOSTA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

**FILED**

JUN 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. Further, the oral argument in this matter currently scheduled for June 16, 2022, at 3:00 p.m. is vacated.

It is so ORDERED.

_____, J.
Silver

cc:  Hon. Thomas W. Gregory, District Judge
     Carolyn Worrell, Settlement Judge
     Clark Hill PLC
     Douglas County District Attorney/Minden
     Douglas County Clerk

 
22-18889